**FILED**
August 14, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. MAG. 07-0256 EFB
         Plaintiff,            )
                               )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
CHARLES ROGUCKI,               )
                               )
         Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES ROGUCKI</u>, Case No. <u>MAG. 07-0256 EFB</u>, Charge <u>Title 21 USC § 841 (a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _50,000.00_

_X_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 14, 2007 at 3:35 pm.

                                By  _/s/ Dale A. Drozd_
                                    Dale A. Drozd
                                    United States Magistrate Judge