```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 07-MJ-0256 EFB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | ) | |
| CHARLES ROGUCKI, | ) | |
| Defendant. | ) | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Charles Rogucki, by his counsel, Candice Fry, Esq., hereby stipulate and agree that the currently-set preliminary hearing date of August 28, 2007, at 2:00 p.m. should be continued to October 30, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).  Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties have reached a pre-indictment resolution of the case against Mr. Rogucki.

/ / /

/ / /

/ / /

/ / /

1

Counsel further stipulate that an exclusion of time from August 28, 2007, until October 30, 2007, is appropriate under the Speedy Trial Act because the government will be producing discovery shortly and a draft plea agreement to counsel for the defendant and defense counsel needs time to review the material and discuss the significance of the discovery and the forthcoming plea agreement with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); see Local Code T4.

Dated: August 23, 2007          /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney


Dated: August 23, 2007          /s/Candice Fry
                                Telephonically authorized by
                                Ms. Fry to sign on 08-23-07
                                CANDICE FRY, ESQ.
                                Counsel for CHARLES ROGUCKI


**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

   1.   The Court finds good cause to extend the Preliminary Hearing currently set for August 28, 2007, to October 30, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

   2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a

speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 30, 2007.

    IT IS SO ORDERED.

DATED: August 24, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rogucki0256.stipord