1 | McGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2751

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,        )      Mag. No. 07-MJ-0256 EFB
10                                )
                  Plaintiff,      )      STIPULATION AND ORDER
11                                )      CONTINUING PRELIMINARY HEARING
      v.                          )      DATE
12                                )
CHARLES ROGUCKI,                  )
13                                )
                  Defendant.      )
14 _____)

15        Plaintiff, United States of America, by its counsel,

16 Assistant United States Attorney Jason Hitt, and defendant

17 Charles Rogucki, by his counsel, Candace A. Fry, hereby stipulate

18 and agree that the currently-set preliminary hearing date of

19 October 30, 2007, at 2:00 p.m. should be continued to November

20 29, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal

21 Procedure 5.1(d).  Good cause exists to extend the time for the

22 preliminary hearing within meaning of Rule 5.1(d) because the

23 parties have reached a pre-indictment resolution of the case

24 against Mr. Rogucki.

25        Counsel further stipulate that an exclusion of time from

26 October 30, 2007, until November 29, 2007, is appropriate under

27 the Speedy Trial Act because the government will be producing

28 discovery shortly and a draft plea agreement to counsel for the

1  defendant and defense counsel needs time to review the material

2  and discuss the significance of the discovery and the forthcoming

3  plea agreement with the defendant.  As a result, counsel for both

4  parties believe time should be excluded under Local Code T4 to

5  allow reasonable time to prepare defense of the case.  18 U.S.C.

6  § 3161(h)(8)(B)(iv); see Local Code T4.

7

8  Dated: October 29, 2007                    /s/Candace A. Fry for
                                              JASON HITT
9                                             Assistant U.S. Attorney

10                                            Signed and filed for Mr. Hitt
                                              per his request of 10/29/07
11

12
   Dated: October 29, 2007                    /s/Candace A. Fry
13                                            CANDACE A. FRY, Attorney
                                              for CHARLES ROGUCKI
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1.    The Court finds good cause to extend the Preliminary Hearing currently set for October 30, 2007, to November 29, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.    Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through November 29, 2007.

IT IS SO ORDERED.

DATED: October 30, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rogucki0256.stipord(2)